IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| LAMONT WILSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Case No.: 4:11-cv-00024 |
| § | |
| DOLLAR GENERAL CORPORATION, § | |
| DOLGENCORP, LLC, and DOLGEN, LLC, § | |
| § | |
| Defendants. § | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS

Comes Now, Defendants, Dollar General Corporation, Dolgencorp, LLC and Dolgen, LLC (collectively, "Defendants"), and move the Court for summary judgment and, in the alternative, judgment on the pleadings according to Rules 12(c) and 56 of the Federal Rules of Civil Procedure. In support of their motions, Defendants state as follows:

1. The motions seek complete resolution of the employment discrimination claim brought by Plaintiff. Defendants arguments and authorities are set forth more fully in the separately filed Briefs in Support of Defendants' Motion for Summary Judgment and, in the alternative, Motion for Judgment on the Pleadings.

2. There is no genuine issue of material fact and based upon both the doctrines of judicial estoppel and Plaintiff's failure to meet the definition of a qualified individual with a disability under the Americans with Disabilities Act, Defendants are entitled to summary judgment as a matter of law.

3. Moreover, and in the alternative, Plaintiff has no standing to bring the discrimination claim and therefore the Court has no subject matter jurisdiction which warrants

judgment on the pleadings.

WHEREFORE, for the reasons set forth above, and those set forth in the separately filed briefs, Defendants respectfully request that the Court grant its motions, that Plaintiff's Complaint be dismissed, with prejudice, and that the Court awards Defendants such other relief as is just and proper.

Respectfully submitted,

/s/ Sarah E. Bradbury
R.J. Lackey
State Bar No. 33,036
rjlackey@woodsrogers.com
WOODS ROGERS
341 Main Street, Suite 302
Danville, Virginia 24543
Telephone: (434) 797-8212
Facsimile: (434) 797-8214

Agnis C. Chakravorty
State Bar No. 30,225
chakravorty@woodsrogers.com
WOODS ROGERS
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24011
Telephone: (540) 983-7727
Facsimile (540) 983-7711

Douglas D. Haloftis*
Texas State Bar No. 08804400
dhaloftis@gardere.com
Sarah E. Bradbury*
Texas State Bar No. 24041327
sbradbury@gardere.com
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: 214-999-3000
Facsimile: 214-999-4667

*Admitted Pro Hac Vice

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following who is counsel for the Plaintiff:

>Terry N. Grimes, Esq.
>Grimes & Williams, PC
>Franklin Commons
>320 Elm Avenue, SW
>Roanoke, Virginia 24016-4001

>/s/ Sarah E. Bradbury
>Sarah E. Bradbury

DALLAS 2297765v.3