IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| LAMONT WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:11-cv-00024 |
| v. ) | |
| ) | |
| DOLLAR GENERAL CORPORATION, ) | |
| ) | **ORDER** |
| DOLGENCORP, LLC, ) | |
| ) | |
| and ) | |
| ) | By: Jackson L. Kiser |
| DOLGEN, LLC, ) | Senior United States District Judge |
| ) | |
| Defendants. ) | |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment, and [sic], in the alternative, Motion for Judgment on the Pleadings is **GRANTED**, and Defendants' Motion to Continue and/or Stay Trial Setting is **DENIED**. Based on the representation of counsel that the matter has been resolved, I deem Plaintiff's Motion to Compel Discovery and Enlarge Time **MOOT**.

The clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record, and is instructed to remove this case from the docket of this Court.

Entered this 5th day of March, 2012.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE