IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| LAMONT WILSON, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DOLLAR GENERAL CORPORATION, )<br> )<br>DOLGENCORP, LLC, )<br> )<br>and )<br> )<br>DOLGEN, LLC, )<br> )<br>    Defendants. ) | Case No. 4:11-cv-00024<br><br>**ORDER**<br><br><br>By: Jackson L. Kiser<br>Senior United States District Judge |

Before me is Plaintiff's Motion to Reconsider this Court's Order of March 5, 2012, granting Defendants' Motion for Summary Judgment, and [sic], in the alternative, Motion for Judgment on the Pleadings pursuant to Federal Rules of Civil Procedure 52(b) and 59(e). [ECF No. 49.] For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion to Reconsider is **DENIED**.

The clerk is directed to send a copy of the Memorandum Opinion and accompanying Order to all counsel of record.

Entered this 5th day of April, 2012.

                                                  s/Jackson L. Kiser
                                                SENIOR UNITED STATES DISTRICT JUDGE