IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| LAMONT WILSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:11-cv-00024 |
| v. | ) | |
| | ) | |
| DOLLAR GENERAL CORPORATION, | ) | |
| | ) | **ORDER** |
| DOLGENCORP, LLC, | ) | |
| | ) | |
| and | ) | |
| | ) | By: Jackson L. Kiser |
| DOLGEN, LLC, | ) | Senior United States District Judge |
| | ) | |
| Defendants. | ) | |

Before me is Plaintiff's Motion to Reconsider this Court's Order of March 5, 2012, granting Defendants' Motion for Summary Judgment, and [sic], in the alternative, Motion for Judgment on the Pleadings pursuant to Federal Rules of Civil Procedure 52(b) and 59(e). [ECF No. 49.] For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion to Reconsider is **DENIED**.

The clerk is directed to send a copy of the Memorandum Opinion and accompanying Order to all counsel of record.

Entered this 5th day of April, 2012.

                                                            s/Jackson L. Kiser
                                                            SENIOR UNITED STATES DISTRICT JUDGE